**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MARK A. CAPOZZELLI AND | ) | |
| KARRI-ANN CAPOZZELLI | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 2:13-CV-00260 |
| vs. | ) | |
| | ) | Judge Hon. Rodney Gilstrap |
| ALLSTATE INSURANCE COMPANY | ) | |
| AND ENCOMPASS INSURANCE | ) | |
| COMPANY OF AMERICA | ) | |
| Defendants. | ) | |

**ORDER**

Came on to be considered Plaintiff Mark Capozzelli's and Defendants Allstate Insurance Company ("Allstate") and Encompass Insurance Company of America ("Encompass") (collectively, "Defendants")'s stipulation for voluntary dismissal, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear their own fees and costs.

**So ORDERED and SIGNED this 24th day of April, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE